# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5080
_____

J.W., Father of A.W., W.W.,
L.W., P.W., Minor Children,

   Appellant,

   v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

   Appellee.

_____


On appeal from the Circuit Court for Dixie County.
Jennifer Johnson, Judge.

August 17, 2018


PER CURIAM.

   AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

   ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

J.W., pro se, Appellant.

Ward L. Metzger of the Department of Children and Families, Jacksonville; and Sara E. Goldfarb of the Guardian ad Litem Program, Tallahassee, for Appellee.